| AO-10<br>Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT**<br>Calendar Year 2003 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>FELDMAN, MARTIN L.C. | 2. Court or Organization<br><br>EASTERN DISTRICT OF LOUISIANA | 3. Date of Report<br><br>5/4/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Active U S DISTRICT JUDGE | 5. ReportType (check appropriate type)<br><br>○ Nomination,    Date<br><br>○ Initial    ◉ Annual    ○ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>500 POYDRAS STREET, Rm. 555<br><br>NEW ORLEANS, LA 70130 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

# I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

# II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | ** NOTHING TO REPORT ** |

RECEIVED May 11 11 17 AM '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

**A. Filer's Non-Investment Incom**

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

**B. Spouse's Non-Investment Income** (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Tulane Law School | July 21-August 2, 2003. Lecturer Tulane-Cambridge U. summer school. Tulane paid transportation & lodging |
| 2. | Princeton University | Oct..20-21, 2003, Lecturer, Transportation and Lodging |
| 3. | Amherst College | Oct. 3-4, 2003, Lecturer, Transportation and Lodging |

## V.  GIFTS.   (Includes those to spouse and dependent children.  See pp. 28-31 of instructions.)

☑ **NONE**   - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|--------|-------------|-------|
| 1. | | |

## VI.  LIABILITIES.   (Includes those of spouse and dependent children.  See pp. 32-34 of instructions.)

☑ **NONE**   - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|----------|-------------|------------|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 5/4/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Home Life Insurance Co. | A | None | K | T | Acq | /83 | K | | |
| 2. UTS Municipal Income Trust | B | Int | K | T | Acq | 12/90 | K | | |
| 3. Union Electric Mortgage notes | A | Int | J | T | Acq | 7/90 | J | | |
| 4. FNMA bonds | C | Int | L | T | Acq | 3/91 | L | | |
| 5. UTS Securities Tax Exempt | | | | | | | | | |
| 6. Trust | D | Int | L | T | Acq | 2/91 | L | | |
| 7. Legg Mason Cash Reserve Trust | E | Int | N | T | Acq | 3/91 | N | | |
| 8. N.O. La.#1 - 20% Owner | E | Rent | O | W | Acq | /60 | O | | Appraisal date unknown |
| 9. N.O.La.#2 - 20% owner | B | Rent | M | W | Acq | /60 | M | | Appraisal date unknown |
| 10. Venture Fund | B | Int | K | T | Acq | 4/91 | K | | |
| 11. UTS Tax Exempt Securities | | | | | | | | | |
| 12. Trust | C | Int | L | T | Acq | 3/91 | L | | |
| 13. La. Treasury Bonds | E | Int | K | T | Acq | 10/91 | K | | |
| 14. United Telecommunications | | | | | | | | | |
| 15. notes | F | Int | L | T | Acq | 4/91 | L | | |
| 16. Tax Exempt Securities Trust | D | Int | J | T | Acq | 8/91 | J | | |
| 17. Verizon Comm. (GTE) | C | Div | J | T | Inh/Acq. | 8/00 | J | | |
| 18. La. Gen'l Obligation Bonds | D | Int | J | T | Acq | 3/90 | J | | |

1. Income/Gain Codes: A = $1,000 or less B = $1,001-$2,500 C = $2,501-$5,000 D = $5,001-$15,000 E = $15,001-$50,000
   (See Columns B1 and D4) F = $50,001-$100,000 G = $100,001-$1,000,000 H1 = $1,000,001-$5,000,000 H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less K = $15,001-$50,000 L = $50,001-$100,000 M = $100,001-$250,000
   (See Columns C1 and D3) N = $250,000-$500,000 O = $500,001-$1,000,000 P1 = $1,000,001-$5,000,000 P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000 P4 = $More than $50,000,000
3. Value Method Codes Q = Appraisal R = Cost (Real Estate Only) S = Assessment T = Cash/Market
   (See Column C2) U = Book Value V = Other W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 5/4/2004 |

## VII  INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19.  R.J.R. Nabisco preferred | D | Div | J | T | Acq. | 7/93 | J | | |
| 20.  Williams Coal Seam Royalties | D | Int | J | T | Acq. | 1/93 | J | | |
| 21.  Secure Energy notes | D | Int | J | T | Acq. | 3/93 | J | | |
| 22.  Fort Howard Corp. notes | A | Int | J | T | Acq. | 2/94 | J | | |
| 23.  Legg Mason Global Trust | A | Int | J | T | Acq. | 5/93 | J | | |
| 24.  Emerging Markets Fund | B | Int | J | T | Acq. | 6/9 | J | | |
| 25.  Seagull Energy notes | A | Int | K | T | Acq. | 11/93 | K | | |
| 26.  Debartolo Realty Corp. | A | Div | J | T | Acq. | 4/94 | J | | |
| 27.  Morgan Stanley Fund | B | Int | J | T | Acq. | 11/93 | J | | |
| 28.  Pa. Enterprises | A | Div | J | T | Acq. | 10/93 | J | | |
| 29.  Reynolds Metals pfd. | A | Div | J | T | Acq. | 1/94 | J | | |
| 30.  Criimi Mae, Inc. | B | Div | J | T | Acq. | 3/94 | J | | |
| 31.  Avalon Properties, Inc. | A | Dividend | J | T | Acq. | 11/93 | J | A | |
| 32.  Carr Realty Trust | A | Dividend | J | T | Acq | 7/94 | J | A | |
| 33.  Texas Utilities | A | Dividend | J | T | Acq | 8/94 | J | A | |
| 34.  DeBartolo Realty | A | Dividend | J | T | Acq | 9/94 | J | A | |
| 35.  Westinghouse Electric | A | Interest | J | T | Acq | 9/94 | J | A | |
| 36.  Seagull Energy notes | A | Interest | J | T | Acq | 10/94 | J | A | |

1. Income/Gain Codes:     A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
   (See Columns B1 and D4)     F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes:     J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
   (See Columns C1 and D3)     N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000     P4 = $More than $50,000,000
3. Value Method Codes     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
   (See Column C2)     U = Book Value     V = Other     W = Estimated

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code I (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. Westinghouse Electric notes | A | Interest | J | T | Acq | 12/94 | J | A | |
| 38. Occidental Petroleum | B | Interest | K | T | Acq | 3/95 | K | B | |
| 39. Arizona Public Service | B | Interest | K | T | Acq | 2/95 | K | B | |
| 40. Midamerican Energy | A | Dividend | K | T | Acq | 9/96 | K | | |
| 41. Midamerican Energy | A | Dividend | J | T | Acq | 9/96 | J | | |
| 42. CCA Prison Realty | C | Dividend | J | T | Acquired | 7/97 | J | | |
| 43. Unicom Corp. | D | Dividend | J | T | Acquired | 3/97 | J | | |
| 44. Mills Corp. | D | Dividend | J | T | Acquired | 3/97 | J | | |
| 45. Unicom Corp. | D | Dividend | J | T | Acquired | 3/97 | J | | |
| 46. So. New England Telecom | D | Dividend | J | T | Acquired | 5/97 | J | | |
| 47. Washington REIT | D | Dividend | J | T | Acq | 7/97 | J | | |
| 48. Prime Bancshares | D | Dividend | J | T | Acq. | 9/97 | J | | |
| 49. Gables REIT | D | Dividend | J | T | Acq. | 10/97 | J | | |
| 50. U.S. Surgical Corp. | A | Interest | J | T | Acquired | 4/98 | J | | |
| 51. Fred Meyer, Inc. | A | Dividend | K | T | Acquired | 3/98 | K | | |
| 52. Health & Retirement Group | A | Dividend | J | T | Acquired | 5/98 | J | | |
| 53. Municipal Mortgage | A | Dividend | J | T | Acquired | 7/98 | J | | |
| 54. UIT Trust | A | Dividend | J | T | Acquired | 6/98 | J | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | FELDMAN, MARTIN L.C. | 5/4/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. | Blackrock Trust | A | Interest | K | T | Acquired | 8/98 | K | | |
| 56. | Prospect Fund | A | Dividend | J | T | Acquired | 10/98 | J | | |
| 57. | Medicalogic Inc. | A | Dividend | J | T | Acquired | 12/99 | J | | |
| 58. | Illinova Corp. | D | Dividend | J | T | Acquired | 1/99 | J | | |
| 59. | MGM Grand, Inc. | D | Dividend | J | T | Acquired | 6/99 | J | | |
| 60. | Pulaski Co. | A | Interest | J | T | Acquired | 3/00 | J | | |
| 61. | Pulaski Co. | A | Interest | J | T | Acquired | 3/00 | J | | |
| 62. | Blackrock North American | A | Interest | J | T | Acquired | 6/00 | | | |
| 63. | Fed. Home Loan | A | Interest | J | T | Acquired | 6/00 | | | |
| 64. | GNMA | B | Interest | J | T | Acquired | 6/00 | | | |
| 65. | Thornburg Fund | A | Interest | K | T | acquired | 5/01 | K | | |
| 66. | GNMA | A | Interest | J | T | acquired | 6/01 | J | | |
| 67. | GNMA | A | Interest | J | T | acquired | 6/01 | J | | |
| 68. | Morgan Income Fund | B | Dividend | J | T | acquired | 8/01 | J | | |
| 69. | El Paso Energy Partnership | A | Dividend | J | T | acquired | 9/01 | J | | |
| 70. | Lockheed Martin Notes | A | Interest | J | T | acquired | 3/01 | J | | |
| 71. | Lockheed Martin notes | A | Interest | J | T | acquired | 9/01 | J | | |
| 72. | Lockheed Martin Notes | B | Interest | J | T | acquired | 9/01 | J | | |

1. Income/Gain Codes:     A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
   (See Columns B1 and D4)     F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes:     J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
   (See Columns C1 and D3)     N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000     P4 = $More than $50,000,000
3. Value Method Codes     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
   (See Column C2)     U = Book Value     V = Other     W = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | FELDMAN, MARTIN L.C. | 5/4/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. | Ocean Energy Notes | B | Interest | K | T | acquired | 10/01 | K | | |
| 74. | Seagull Energy Notes | B | Interest | K | T | acquired | 10/01 | K | | |
| 75. | SCANA Corp. | A | Dividend | J | T | acquired | 10/01 | J | | |
| 76. | Maytag Notes | B | Interest | J | T | acquired | 10/01 | J | | |
| 77. | Thornburg Fund | A | Interest | J | T | acquired | 10/01 | K | | |
| 78. | Ocean Energy Notes | B | Interest | K | T | acquired | 10/01 | K | | |
| 79. | B.F. Goodrich Co. | A | Interest | J | T | acquired | 12/01 | J | | |
| 80. | FHLMC | B | Interest | K | T | acquired | 9/02 | | | |
| 81. | AIM Fund | A | Dividend | J | T | acquired | 3/02 | | | |
| 82. | FNMA | A | Interest | J | T | acquired | 3/02 | | | |
| 83. | BB&T Corp. | A | Dividend | J | T | acquired | 4/02 | | | |
| 84. | Colonial Bank | A | Interest | J | T | acquired | 5/02 | | | |
| 85. | FHLMC | A | Interest | K | T | acquired | 7/02 | | | |
| 86. | GNMA | A | Interest | J | T | acquired | 6/02 | | | |
| 87. | Morgan Keegan Fund | B | Dividend | K | T | acquired | 6/02 | | | |
| 88. | FHLMC | B | Interest | K | T | acquired | 8/02 | | | |
| 89. | Tidewater, Inc. | A | Dividend | J | T | acquired | 8/02 | | | |
| 90. | FHLMC | B | Interest | K | T | acquired | 8/02 | | | |

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
   (See Column C2)  U = Book Value  V = Other  W = Estimated

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. FHLMC | B | Interest | K | T | acquired | 8/02 | | | |
| 92. Core Lab. | A | Dividend | J | T | acquired | 9/02 | | | |
| 93. FHLMC | B | Interest | K | T | acquired | 9/02 | | | |
| 94. FHLMC | A | Interest | J | T | acquired | 9/02 | | | |
| 95. FHLMC | B | Interest | K | T | acquired | 9/02 | | | |
| 96. FHLMC | A | Interest | J | T | acquired | 9/02 | | | |
| 97. FHLMC | A | Interest | J | T | acquired | 9/02 | | | |
| 98. GNMA | A | Interest | J | T | acquired | 10/02 | | | |
| 99. FHLMC | A | Interest | J | T | acquired | 9/02 | | | |
| 100. FHLMC | A | Interest | J | T | acquired | 12/02 | | | |
| 101. FHLMC | A | Interest | J | T | acquired | 12/02 | | | |
| 102. FHLMC | A | Interest | J | T | acquired | 12/02 | | | |
| 103. Baxter International | A | Dividend | J | T | acquired | 12/02 | | | |
| 104. Devon Energy | A | Dividend | J | T | acquired | 4/04 | J | | |
| 105. FNMA | B | Interest | K | T | acquired | 9/03 | K | | |
| 106. Hewlett-Packard | A | Dividend | J | T | acquired | 12/03 | J | | |
| 107. RMK Fund | B | Dividend | K | T | acquired | 10/03 | K | | |
| 108. Infinity Property | A | Dividend | J | T | acquired | 12/03 | K | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Re orting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 5/4/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 109. GNMA | C | Interest | L | T | acquired | 12/03 | L | | |
| 110. Anheuser-Busch Co. | A | Dividend | J | T | acquired | 12/03 | J | | |
| 111. Occidental Petroleum | A | Dividend | J | T | acquired | 11/03 | J | | |
| 112. Molina Health Care | A | Dividend | J | T | acquired | 12/03 | J | | |
| 113. Unitrim | A | Dividend | J | T | acquired | 10/03 | J | | |
| 114. FNMA | A | Interest | J | T | acquired | 5/03 | J | | |
| 115. Harvest Resources | A | Dividend | J | T | acquired | 5/03 | J | | |
| 116. Transocean, Inc. | A | Dividend | J | T | acquired | 5/03 | J | | |
| 117. Crescent Real Estate, Inc. | A | Dividend | J | T | acquired | 5/03 | J | | |
| 118. Rite Aid | A | Dividend | J | T | acquired | 10/03 | J | | |
| 119. ISHARES Fund | A | Dividend | J | T | acquired | 7/03 | J | | |
| 120. Charter Financial | A | Dividend | J | T | acquired | 7/13 | J | | |
| 121. Raytheon | A | Dividend | J | T | acquired | 7/03 | J | | |
| 122. Direct General | A | Dividend | J | T | acquired | 8/03 | J | | |
| 123. Pengrowth Energy | A | Dividend | J | T | acquired | 8/03 | J | | |
| 124. Chevron | A | Dividend | J | T | acquired | 5/03 | J | | |
| 125. Chesapeake Energy | A | Dividend | J | T | acquired | 4/03 | J | | |
| 126. Bear Stearns Notes | B | Interest | K | T | acquired | 3/03 | K | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1.001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000.001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
    P3 = $25,000.001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 5/4/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 127. Infinity Prop. & Cas. | A | Dividend | J | T | acquired | 3/03 | J | | |
| 128. J.P. Morgan Chase | A | Dividend | J | T | acquired | 2/03 | J | | |
| 129. Costco Wholesale | A | Dividend | J | T | acquired | 1/03 | J | | |
| 130. Acixom Corp. | A | Dividend | J | T | acquired | 1/03 | J | | |
| 131. Webmd. Corp | A | Dividend | J | T | acquired | 1/03 | J | | |
| 132. Ocean Energy | A | Dividend | | | sell | 12/03 | J | A | |
| 133. Home Depot | A | Dividend | | | sell | 12/03 | J | A | |
| 134. Carramerica Realty | A | Dividend | | | part sale | 12/03 | J | B | |
| 135. ABN Holding | A | Dividend | | | sell | 5/03 | J | A | |
| 136. FNMA | A | Interest | | | part sale | 9/03 | J | A | |
| 137. Pfizer Inc. | A | Dividend | | | sell | 10/03 | J | A | |
| 138. FNMA | A | Interest | | | sell | 6/03 | J | A | |
| 139. Baxter Int'l | A | Dividend | | | sell | 7/03 | J | A | |
| 140. FHLMC Notes | A | Interest | | | sell | 4/03 | J | A | |
| 141. Flextronics Int'l | A | Dividend | | | sell | 4/03 | J | A | |
| 142. Delta Airlines | A | Dividend | | | sell | 4/03 | J | C | |
| 143. Core Laboratories | A | Dividend | | | sell | 1/03 | J | A | |
| 144. McCormick & Co. | A | Dividend | | | sell | 3/03 | J | A | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
   (See Column C2)  U = Book Value  V = Other  W = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | FELDMAN, MARTIN L.C. | 5/4/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seiler (if private transaction) |
| 145. Acixom Corp. | A | Dividend | | | sell | 3/03 | J | A | |
| 146. Kerr-McGee Corp. | A | Dividend | | | sell | 1/03 | J | A | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | FELDMAN, MARTIN L.C. | 5/4/2004 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____     Date 5.5.04 _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544